IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOPE STOFFLET, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | No. 02-CV-2676 |
| | : | |
| K.K. FIT, INC. d/b/a GOLD'S GYM, | : | |
| KURT KRIEGER and KRIS KRIEGER, | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of John L. Senft and the law firm of Barley, Snyder, Senft & Cohen, LLC on behalf of Defendants K.K. Fit, Inc., Kurt Krieger and Kris Krieger.

John L. Senft, Esquire
Supreme Court No. 64486
Barley, Snyder, Senft & Cohen, LLC
100 East Market Street
P. O. Box 15012
York, PA 17405-7012
(717) 846-8888

8.7.02/JLS/3D516512-2ED8-3332.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2002, I served the foregoing Entry of Appearance upon counsel for Plaintiff by depositing the same in the United States mail, postage prepaid, at York, Pennsylvania, addressed as follows:

    George S. Kounoupis, Esquire
    Hahalis & Kounoupis, P.C.
    20 East Broad Street
    Bethlehem, PA  18018

                                                  _____
                                                  John L. Senft, Esquire