**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HOPE STOFFLET | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2676 |
| | : | |
| K.K. FIT, INC. d/b/a GOLD'S GYM, <u>et al.</u> | : | |

**<u>ORDER</u>**

**AND NOW**, this _____ day of December, 2002, pursuant to Federal Rule of Civil

Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. Discovery shall be completed by June 13, 2003;

2. Plaintiff shall serve her expert report(s) on Defendants by June 27, 2003;

3. Defendants shall serve their expert report(s) on Plaintiff by July 11, 2003;

4. Dispositive motions shall be filed by July 18, 2003;

5. Exhibits shall be exchanged by August 18, 2003;

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil

    Procedure 26(a)(3) and Local Rule of Civil Procedure 16(c), preliminary and final

    jury instructions, special interrogatories, verdict forms, and any motions <u>in limine</u>

    (with a copy of each also delivered to Chambers) by September 1, 2003;[1]

7. A final pretrial conference is scheduled for **Wednesday, September 10, 2003, at**

    **2:00 p.m.;**[2] and

---

[1]        Amendments or supplements to the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.

[2]        The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an <u>agreed upon</u> version of preliminary and final jury instructions, verdict forms or special interrogatories to the jury.  The statement of the case for use in the preliminary jury

8.    This case will be placed in the Court's trial pool on **Friday, September 19, 2003**.

Once placed in the trial pool, a case may be called to trial upon 24 hours notice to

counsel.

**BY THE COURT:**

_____

**BRUCE W. KAUFFMAN,  J.**

---

instructions should summarize succinctly each party's position and should state the essential
elements of claims and defenses that must be proven by each party.  Where agreement is not
reached, requests for jury instructions must be accompanied by citation of legal authority.   If a
model jury instruction is used (e.g, Devitt & Blackmar), any modifications should be indicated by
underlining and boldfacing additions and striking out deletions.

2