```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOPE STOFFLET,                    )
                                  )  Civil Action
                 Plaintiff        )  No. 02-cv-02676
                                  )
       vs.                        )
                                  )
K.K. FIT, INC., doing business    )
as GOLD'S GYM,                    )
KURT KRIEGER and                  )
KRIS KRIEGER,                     )
                                  )
                 Defendants       )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 6th day of March, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference during March 2003, or as soon thereafter as his schedule permits.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge