```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HOPE STOFFLET,                      )
                                    ) Civil Action
               Plaintiff            ) No. 02-cv-02676
                                    )
     vs.                            )
                                    )
K.K. FIT, INC., doing business      )
as GOLD'S GYM,                      )
KURT KRIEGER and                    )
KRIS KRIEGER,                       )
                                    )
               Defendants           )


                    *   *   *

APPEARANCES:
      GEORGE S. KOUNOUPIS, ESQUIRE
           On behalf of Plaintiff

      JOHN L. SENFT, ESQUIRE
           On behalf of Defendants

                    *   *   *
```

RULE 16 STATUS CONFERENCE ORDER

NOW, this 14th day of January, 2003, after status conference conducted by telephone with the undersigned on this date, pursuant to Rule 16 of the Federal Rules of Civil Procedure, and by agreement of counsel,

IT IS ORDERED that on or before January 17, 2003 plaintiff shall provide full and complete responses to the interrogatories and motion to produce documents propounded by defendants.

IT IS FURTHER ORDERED that on or before January 21, 2003 defense counsel shall provide plaintiff's counsel with defendants' entire trial witness list, including the name, address, and brief written summary of the expected testimony of each witness.

IT IS FURTHER ORDERED that plaintiff shall propound interrogatories and a motion to produce documents upon defendants on or before January 24, 2003.

IT IS FURTHER ORDERED that the parties shall have until February 10, 2003 to advise each other whom they intend to depose.

IT IS FURTHER ORDERED that the parties shall have until February 28, 2003 to serve notices of all oral depositions.

IT IS FURTHER ORDERED, by agreement of counsel, that the Local Rule of this court which limits the length of oral depositions to six hours each shall be expanded to a ten-hour limit each for the depositions of plaintiff Hope Stofflet and defendants Kurt Krieger and Kris Krieger.

IT IS FURTHER ORDERED, by agreement of counsel, that, notwithstanding Local Rule 33 of this court which limits the number of written interrogatories to 25 for each deponent, plaintiff may propound 35 interrogatories to each defendant and defendants may propound 10 more interrogatories to plaintiff (in addition to the 25 already propounded).

IT IS FURTHER ORDERED that defense counsel shall respond to plaintiff's $100,000 settlement demand on or before February 7, 2003.  Defense counsel shall report to the undersigned concerning the status of settlement negotiations on or before February 14, 2003.

IT IS FURTHER ORDERED that the scheduling Order dated September 4, 2002 of District Judge Bruce W. Kauffman is rescinded.

IT IS FURTHER ORDERED a pre-trial conference shall be held by telephone conference call with the undersigned to be initiated by counsel for plaintiff, to be held at 9:30 o'clock a.m., August 13, 2003.

IT IS FURTHER ORDERED that a non-jury trial of the within case shall commence before the undersigned on Monday, September 8, 2003 at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the schedule of the court permits.  This Order shall serve as a formal attachment for trial.

IT IS FURTHER ORDERED that, in the event the within matter has not settled, counsel for all parties and all unrepresented parties shall appear before Magistrate Judge Arnold C. Rapoport in chambers at a date and time to be set by the

Magistrate Judge during March 2003, or as soon thereafter as his schedule permits.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge