THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOPE STOFFLET

    v

K.K. FIT, INC., d/b/a
GOLD'S GYM, et al

NO.: 02-2676

O R D E R

**AND NOW, TO WIT:** This 14th Day of March, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above actions are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for one year from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

**MICHAEL E. KUNZ,** Clerk of Court

**BY:** _____
        Helen A. Nicholas
        Deputy Clerk

Civ 2 (7/95)
41.1(b)